NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3099

EUGENE SMITH,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. DA3443090556-I-1.

ON MOTION

Before LINN, Circuit Judge.

## ORDER

Eugene Smith moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The docketing fee must be paid within 14 days from the date of filing of this order.

FOR THE COURT

MAR 19 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Eugene Smith
Jeanne E. Davidson, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 19 2010

JAN HORBALY
CLERK